NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LORIANA M. JUAN,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7138

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-932, Judge Ronald M. Holdaway.

---

## ON MOTION

---

## ORDER

Eric K. Shinseki, Secretary of Veterans Affairs, moves for a 15-day extension of time, until November 5, 2010, to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**OCT 2 1 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Loriana M. Juan
     Joseph A. Pixley, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**OCT 2 1 2010**

**JAN HORBALY**
**CLERK**